### DEWEY and another *v.* ADAMS and others.

Where an assignment for creditors is had, and the assignees let furniture (embraced by it) on a rental to one of the assignors, until a favorable time for sale, the assignment will be void as to this, for want of a change of possession.

JUDGMENT Creditor's Bill. The defendants, Adams and Welsh, had made an assignment for the benefit of creditors. Part of their properties consisted of the furniture of an hotel known as Knickerbocker Hall. The complainants insisted that there had been no change of possession. The defendant Welsh had remained in possession of the furniture in the sleeping apartments in Knickerbocker Hall, until the filing of the bill; and it appeared that the assignees had let the same to him at a rent of $125 per month; and they alleged that they had kept it on hand so that, in the fall of the year, it could be sold to advantage.

THE VICE-CHANCELLOR decided that the assignment was void as to the furniture in the lodging rooms in Knickerbocker Hall, which were left in Walsh's possession on rent:

*May* 8,
1839.

*Debtor and
Creditor.*
*Fraud.*
*Possession.*

there not having been a sufficient change of possession ; and his honor directed the property to be delivered to a receiver.

Mr. *D. Marvin,* for the complainants.

Mr. *E. Sandford,* for the defendants.